| | | |
|---|---|---|
| AOC-E-105   Sum Code: CI<br>Rev. 9-14<br><br>Commonwealth of Kentucky<br>Court of Justice    Courts.ky.gov<br><br>CR 4.02; Cr Official Form 1 | <br><br>**CIVIL SUMMONS** | Case #: **19-CI-00108**<br>Court:   **CIRCUIT**<br>County: **MADISON** |

*Plantiff*, **HESS, JAMES VS. LIBERTY LIFE ASSURANCE COMPANY OF BOSTON**, *Defendant*

TO:  **CORPORATION SERVICE COMPANY**
     **421 WEST MAIN STREET**
     **FRANKFORT, KY 40601**

Memo: Related party is LIBERTY LIFE ASSURANCE COMPANY OF BOSTON

The Commonwealth of Kentucky to Defendant:
**LIBERTY LIFE ASSURANCE COMPANY OF BOSTON**

   You are hereby notified that a **legal action has been filed against you** in this Court demanding relief as shown on the document delivered to you with this Summons. **Unless a written defense is made by you or by an attorney on your behalf within twenty (20) days** following the day this paper is delivered to you, judgment by default may be taken against you for the relief demanded in the attached complaint.

The name(s) and address(es) of the party or parties demanding relief against you or his/her (their) attorney(s) are shown on the document delivered to you with this Summons.

/s/ David M. Fernandez,
Madison Circuit Clerk
Date: **2/18/2019**

Presiding Judge: HON. BRANDY O. BROWN (625387)

## Proof of Service

This Summons was:

☐ Served by delivering a true copy and the Complaint (or other initiating document)

To: _____

☐ Not Served because: _____

Date: _____, 20 _____

_____
Served By

_____
Title

Summons ID: 147526810760246@00000115626
CIRCUIT: 19-CI-00108 Certified Mail
HESS, JAMES VS. LIBERTY LIFE ASSURANCE COMPANY OF BOSTON



Page 1 of 1

**EXHIBIT A**



eFiled

Package : 000002 of 000007

COMMONWEALTH OF KENTUCKY
MADISON CIRCUIT COURT
CIVIL DIVISION ____
CASE NO. _____
*Electronically Filed*

JAMES HESS                                                            PLAINTIFF

vs.                                    **COMPLAINT**

LIBERTY LIFE ASSURANCE COMPANY OF BOSTON                DEFENDANT

**To be served through process agent:**
Corporation Service Company
421 West Main Street
Frankfort, KY 40601

\*\* \*\* \*\* \*\* \*\* \*\* \*\* \*\* \*\* \*\*

Comes the Plaintiff, James Hess, by and through counsel, and for his Complaint against Defendant Liberty Life Assurance Company of Boston ("Liberty Life" or "Defendant") states as follows:

1. The Plaintiff, James Hess, is a citizen and resident of Madison County, Kentucky.

2. Liberty Life is an insurance company believed to be domiciled in the state of New Hampshire, authorized to do the business of insurance in Kentucky by holding a Kentucky Certificate of Authority.

3. Liberty Life may be served with process through its agent registered with the Kentucky Department of Insurance: Corporation Service Company, 421 West Main Street, Frankfort, KY 40601.

4. The Plaintiff had been employed at Toyota Motor Manufacturing Kentucky ("TMMK") beginning in 1997 and working most recently as a Team Member.

5. Jurisdiction and venue are proper in this Court because the Defendant transacted business, supplied and issued a policy of insurance, and caused damages in the Commonwealth of Kentucky, and Plaintiff resides in and was caused harm in, Madison County, Kentucky.

6. The Defendant supplied and issued a policy of insurance to TMMK, where the Plaintiff obtained coverage for long-term disability ("LTD") insurance. The applicable insurance policy number is believed to be GF3-860-066619-01. The insurance company's claim number is 3615127.

7. The LTD insurance policy provides for monthly disability benefit payments, based on a percentage of Plaintiff's pre-disability earnings.

8. The LTD policy defines disability and entitles Plaintive to receive benefits, if Plaintiff meets the following definition:

   **"Disability" or "Disabled"** means:

   1. For persons other than pilots, co-pilots, and crewmembers of an aircraft:

      i. that during the Elimination Period and the next 24 months of Disability the Covered Person, as a result of Injury or Sickness, is unable to perform the Material and Substantial Duties of his Own Occupation; and

      ii. thereafter, the Covered Person is unable to perform, with reasonable continuity, the Material and Substantial Duties of Any Occupation.

9. Benefits are payable to Plaintiff under the LTD insurance policy because he is disabled, as defined in the insurance policy, from performing his past occupation at TMMK and the material and substantial duties of any other occupation.

2

10. The Plaintiff, while working at TMMK, became disabled as defined in his insurance policy on or about November 2015, and remains disabled.

11. The Plaintiff was and has been unable to perform the material duties of his own occupation, and any other occupation, since on or about November 2015, as a result of injury or sickness.

12. The Plaintiff applied for long-term disability benefits with the Defendant in a timely fashion, in the manner outlined in the insurance policy.

13. Plaintiff provided proof that he was disabled from work, and that he was unable to perform his own occupation and any other occupation.

14. On or about May 2016, Defendant approved Plaintiff's LTD claim.

15. Plaintiff continued to provide Defendant with updated medical information demonstrating his continued satisfaction of the terms of the policy. During that time, Plaintiff's disabling medical conditions did not improve.

16. By letter dated June 14, 2018, Defendant denied Plaintiff's LTD claim beyond June 14, 2018.

17. Plaintiff submitted a timely appeal to the Defendant, requesting that the Defendant reconsider its denial of benefits.

18. By letter dated January 28, 2019 Defendant again denied Plaintiff's LTD claim.

19. The January 28, 2019, letter stated that "[t]he policy is subject to ERISA…he has the right to bring a civil action under applicable law."

20. The Plaintiff has exhausted any administrative remedies that may be required under the insurance contract and/or by law.

**EXHIBIT A**

21. The LTD insurance is an employee benefit governed by the Employee Retirement Income Security Act, 29 U.S.C. § 1001 et seq.

22. Under the terms of the insurance policy, Plaintiff is entitled to continued monthly LTD benefits until the maximum benefit duration date in the policy.

23. The Plaintiff is entitled to LTD benefits, and Defendant should be required to perform under its contract and pay benefits to Plaintiff.

## COUNT I

24. Plaintiff incorporates by reference all of the preceding paragraphs as if fully stated herein.

25. This count is brought under ERISA pursuant 29 U.S.C. § 1132(a)(1)(B) as a result of Defendant's improper denial of benefits under the plan and to recover benefits under the terms of the plan.

26. Defendant's decision to terminate benefits, and its refusal to reinstate benefits after receiving additional evidence on appeal, was wrong, arbitrary and capricious, against the evidence provided to Defendant, and a breach of fiduciary duty, all of which entitles Plaintiff to benefits under the terms of the plan, interest, and attorney's fees under 29 U.S.C. § 1132(a)(1)(B) and (g).

27. Defendant's internal review is not subject to abuse of discretion review, and Plaintiff's claim should be reviewed de novo.

28. The damages sought for the aforesaid injuries are in excess of the jurisdictional limits of this Court.

# EXHIBIT A

WHEREFORE, Plaintiff demands the following relief:

Judgment against Defendant for full contractual benefits under 29 U.S.C. § 1132(a)(1)(B) and attorney's fees and interest under 29 U.S.C. § 1132(g) pursuant to ERISA.

Respectfully submitted,

/s/ *Elizabeth A. Thornsbury*
ELIZABETH A. THORNSBURY
Email: elizabeth@austinmehr.com
M. AUSTIN MEHR
Email: amehr@austinmehr.com
**Mehr, Fairbanks & Peterson**
**Trial Lawyers, PLLC**
201 West Short Street, Suite 800
Lexington, Kentucky 40507
Telephone: (859) 225-3731
Facsimile: (859) 225-3830
*Attorney for Plaintiff*

**EXHIBIT A**

David M. Fernandez, Madison Circuit Clerk
P.O. Box 1243, 101 West Main Street
Richmond, KY 40475-0813

CORPORATION SERVICE COMPANY
421 WEST MAIN STREET
FRANKFORT, KY 40601



## KCOJ eFiling Cover Sheet

Case Number: 19-CI-00108

Envelope Number: 1475268

Package Retrieval Number: 147526810760246@000000115626

Service by: Certified Mail

Service Fee: $ 0.00

Postage Fee: $ 12.25

The attached documents were generated via the Kentucky Court of Justice eFiling system. For more information on eFiling, go to http://courts.ky.gov/efiling.

Page 1 of 1     Generated: 2/19/2019 11:53:07 AM

# EXHIBIT A



# EXHIBIT A